# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Case No. 22-cr-268 (APM)** |
| **v.** | : | |
| | : | |
| **JOSEPH THOMAS** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Dismiss the Indictment in this case without prejudice. The Government requests that the Court enter an order dismissing this matter without prejudice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: */s/ Sitara Witanachchi*
Sitara Witanachchi
D.C. Bar No. 1023007
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
Phone: (202) 252-2420
Email: sitara.witanachchi@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on October 11, 2022.

                    By:    */s/ Sitara Witanachchi*
                              Sitara Witanachchi
                              Assistant United States Attorney